AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

BRUCE P. KRIEGMAN,

    Plaintiff,

           v.

0817726 BC, LTD.; et al,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-360-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED pursuant to FRBP and FRCP 41(a)(1)(A), and it being hereby stipulated and agreed, by and among Plaintiff, Bruce P. Kriegman, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC, and Defendant, Louise Picton, by and through their respective attorneys of record, that Plaintiff's Adversary Complaint for Avoidance of Transfers and Other Relief and the claims pled against only Defendant Louise Picton, be dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

April 2, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Penny Lamb
*(By) Deputy Clerk*
Penny Lamb