AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

BRUCE P. KRIEGMAN,

    Plaintiff,

    v.

0817726 BC, LTD., et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-360-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED pursuant to FRBP 7041 and FRCP 41(a)(1)(A), and being stipulated and agreed by and among Plaintiff, Bruce P. Kriegman, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America LLC and Defendants Joe MacPherson and Teresa MacPherson, by and through their respective attorneys of record, that Plaintiff's Adversary Complaint for Avoidance of Transfers and Other Relief and the claims pled against Defendants Joe MacPherson and Teresa MacPherson are dismissed, with prejudice, with each party to bear their own attorneys' fees and costs.

February 5, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Penny Lamb
*(By) Deputy Clerk*
Penny Lamb