AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

BRUCE P. KRIEGMAN,

        Plaintiff,

        v.

0817726 BC Ltd., et al.,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-360-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED in accordance with Article IV.A.3. of the Chapter 11 Trustee's and Official Committee of Unsecured Creditors' Second Modified Plan in the underlying consolidated bankruptcy case, FRBP 7041 and FRCP 41(a)(1)(A), Plaintiff, BRUCE P. KRIEGMAN, solely as Liquidating Trustee under the Plan, filed a Notice of Dismissal for the dismissal of the Plaintiff's claims against the only following Defendants who constitute "Electing Investors" under the Plan: 0817726 BC, Ltd., 0827213, BC, Ltd., 458124 BC, Ltd. 9 to 5 Ventures, Harvey Anderson, Rachel Anderson, Donald Barry, Diane Barry, Brian Beach, Dale Brackett, Carmen Brackett, Terry Chick, Christine Chick, Kenneth Cunningham, Pamela Cunningham, Harold Demmons, Michael Dorval, Ross Dyer, Carol Dyer, Anthony Evans, Susan Evans, John Evans, Peter Ewington, Brenda Ewington, David Fallis, Cliff Filmore, Blanche Filmore, Nick Georgopoulos, Michael Graham, Jason Hartmann, Brandi Hartmann, Isabel Hartmann, Esmonde Holowaty, David Honsberger, Angela Honsberger, Annette Johnston, Matt Kazakoff, Linda Kasakoff, Doug Lamb, Jean Lamb, Zdravko Matkovic, Elenora Matkovic, Judith McMillian, Mary Scheuermann, Cliff Michael, Jim Nash, Diana Pozzi, Mataya Reid, Steven Serrano, Alfonso Serrano, Mario Tarantino, Anna Tarantino, Jay Tomlin, Stan Tymkow, Diana Tymkow, Markus Unglert, Ed Wells, Pamela Wells and Cory Werstiuk. Plaintiff's claims against these Defendants are hereby dismissed with prejudice.

January 7, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Penny Lamb
*(By) Deputy Clerk*
Penny Lamb