AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

In Re:  LLS AMERICA, LLC, Debtor,

|  |  |
|---|---|
| BRUCE P. KRIEGMAN, et al., | ) |
| *Plaintiff* | ) |
| v. | ) |
| 0817726, BC LTD., et al., | ) |
|  | ) |
| *Defendant* |  |

Civil Action No.   CV-11-360-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑   other:   Defendant Eleanor Dimler is dismissed as a party in this case with prejudice and without costs or fees to either party.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision was reached.

☐   decided by Judge _____ on a motion for

Date:   August 29, 2013

*CLERK OF COURT*

SEAN F. McAVOY

s/ Penny Lamb

*(By) Deputy Clerk*

Penny Lamb