UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>                    Debtor,<br><hr>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>692323 CAPITAL, INC., et al.,<br><br>                    Defendants. | NO:  CV-11-360-RMP<br><br>Bankr. Case No. 09-06194-PCW11 (Consolidated Case)<br><br>Adv. Proc. No. 11-80297-PCW11<br><br>ORDER ADOPTING REPORTS AND RECOMMENDATIONS FOR DEFAULT JUDGMENT AGAINST DEFENDANTS DIANE BJARNASON AND WENTWORTH BJARNASON |

**BEFORE THIS COURT** are the Reports and Recommendations re:

Plaintiff's Motions for Entry of Default Judgment Against Defendant Diane

Bjarnason, ECF Nos. 102, and Wentworth Bjarnason, ECF No. 103.   The

ORDER ADOPTING REPORTS AND RECOMMENDATIONS FOR DEFAULT JUDGMENT AGAINST DEFENDANTS DIANE BJARNASON AND WENTWORTH BJARNASON ~ 1

Bankruptcy Court recommends to this Court that the default judgments be granted and entered in the District Court.

Having reviewed the reports and recommendations and the proposed default judgments, BK ECF Nos. 545 at 3 and 546 at 3, the Court finds good cause to adopt the Bankruptcy Court's Reports and Recommendations. Accordingly, **IT IS HEREBY ORDERED**:

1. Reports and Recommendations, ECF Nos. 102 and 103, are **ADOPTED**.
2. Default Judgments shall be entered against Defendants Diane Bjarnason and Wentworth Bjarnason.

The District Court Clerk is directed to enter this Order and provide copies to counsel, to Defendants, and to Judge Patricia C. Williams.

**DATED** this 17th day of September 2013.

          *s/ Rosanna Malouf Peterson*
          ROSANNA MALOUF PETERSON
          Chief United States District Court Judge