UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>Plaintiff,<br><br>v.<br><br>692323 CAPITAL, INC., et al.,<br><br>Defendants. | NO: CV-11-360-RMP<br><br>Bankr. Case No. 09-06194-PCW11 (Consolidated Case)<br><br>Adv. Proc. No. 11-80297-PCW11<br><br>DEFAULT JUDGMENT AGAINST DEFENDANT WENTWORTH BJARNASON |

JUDGMENT SUMMARY

Judgment Creditor:   Bruce P. Kriegman, solely in his capacity as the Liquidating Trustee under the Confirmed Plan of the Debtor

DEFAULT JUDGMENT WENTWORTH BJARNASON ~ 1

| | |
|---|---|
| Attorneys for Judgment Creditor: | Witherspoon Kelley |
| Judgment Debtor: | Wentworth Bjarnason |
| Principal Amount of Judgment: | $57,686.42 CAD<br>$    250.00 US |
| Interest on Judgment: | Weekly Average of One-Year Constant Maturity (nominal) treasury yield as published by the Federal Reserve System (28 U.S.C. § 1961) |

This Court, have reviewed the Order of Default previously entered in Bankruptcy Court against Diane Bjarnason, Adv. Doc. No. 509, and having adopted the Bankruptcy Court's Report and Recommendation, ECF No. 103, and being fully advised in the premises, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Plaintiff, Bruce P. Kriegman, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC, shall have judgment against Defendant Diane Bjarnason as follows:

1. Monetary Judgment in the amount of CAD $57,686.42, pursuant to 11 U.S.C. § 550 and RCW 19.40.071;

2. Transfers in the amount of CAD $19,908.00 made to Defendant within four years prior to the Petition Filing Date are hereby avoided and Plaintiff may take all necessary action to preserve the same, pursuant to 11 U.S.C. §§ 544, 550, 551, and 548(a) and (b) and RCW 29.40.041(1) and (2) and RCW 19.40.071;

3. Transfers in the amount of CAD $37,778.42 made to Defendant more than four years prior to the Petition Filing Date should be avoided and Plaintiff should be authorized to take all necessary action to preserve the same, pursuant to 11 U.S.C § 544, 550, and 551 and RCW 19.40.041(1) and 19.40.071;

4. All said transfers to Defendant Wentworth Bjarnason are hereby set aside and Plaintiff shall be entitled to recover the same, or the value thereof, from Defendant Wentworth Bjarnason for the benefit of the estate of LLS America, pursuant to 11 U.S.C. §§ 544, 550, and 551.

5. All proofs of claim of Defendant which have been filed or brought or which may hereafter be filed or brought by, on behalf of, or for the benefit of Defendant Wentworth Bjarnason or any affiliated entities, against the Debtor's estate, in this bankruptcy or related bankruptcy proceedings, are hereby disallowed and subordinated to the monetary judgment granted herein and Defendant Wentworth Bjarnason shall not be entitled to collect on his proof of claim (Claim No. 422-1) until the monetary judgment is satisfied by Defendant Wentworth Bjarnason in full, pursuant to 11 U.S.C. §§ 502(d), 510(c)(1), and 105(a);

6. A constructive trust is hereby established over the proceeds of all transfers in favor of the Trustee for the benefit of the estate of LLS America; and

7. Plaintiff is hereby awarded costs (i.e. filing fee) in the amount of $250.00 USD, for a total judgment of CAD $57,686.42, plus $250.00 USD, which shall

DEFAULT JUDGMENT WENTWORTH BJARNASON ~ 3

1  bear interest equal to the weekly average of one-year constant maturity (nominal)

2  treasury yield as published by the Federal Reserve System.

3      The District Court Clerk shall enter this Judgment and provide copies to

4  counsel, Defendant, and Judge Patricia C. Williams, and shall terminate

5  Wentworth Bjarnason as a defendant in this case.

6      **DATED** this 17th day of September 2013.

7

8                        *s/ Rosanna Malouf Peterson*
                        ROSANNA MALOUF PETERSON

9                  Chief United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

DEFAULT JUDGMENT WENTWORTH BJARNASON ~ 4