1

2

3

4

5            UNITED STATES DISTRICT COURT

6           EASTERN DISTRICT OF WASHINGTON

7   In Re:

8   LLS AMERICA, LLC,                    NO:  CV-11-360-RMP

9                         Debtor,        Bankr. Case No. 09-06194-PCW11
                                         (Consolidated Case)

10  BRUCE P. KRIEGMAN, solely in his     Adv. Proc. No. 11-80297-PCW11
    capacity as court-appointed Chapter 11
11  Trustee for LLS America, LLC,        DEFAULT JUDGMENT AGAINST
                                         DEFENDANT COLE MCDONALD
12                        Plaintiff,

13  v.

14  692323 CAPITAL, INC., et al.,

15                        Defendants.

16

17                    JUDGMENT SUMMARY

18      Judgment Creditor:      Bruce P. Kriegman, solely in his capacity as the
                                Liquidating Trustee under the Confirmed Plan of
19                              the Debtor

20

DEFAULT JUDGMENT AGAINST DEFENDANT COLE MCDONALD ~ 1

| | |
|---|---|
| Attorneys for Judgment Creditor: | Witherspoon Kelley |
| Judgment Debtors: | Cole McDonald |
| Principal Amount of Judgment: | $89,136.67 CAD<br>$    250.00 US |
| Interest on Judgment: | Weekly Average of One-Year Constant Maturity (nominal) treasury yield as published by the Federal Reserve System (28 U.S.C. § 1961) |

The Court, having previously entered an Order Adopting the Bankruptcy Court's Report and Recommendation and Order of Default against Defendant Cole McDonald, ECF No. 111, and being fully apprised in the premises,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff, Bruce P. Kriegman, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC, shall have a judgment against Defendant Cole McDonald, as follows:

1.  Monetary Judgment in the amount of CAD $89,136.67, pursuant to 11 U.S.C. § 550 and RCW 19.40.071;

2.  Transfers in the amount of CAD $82,636.67 made to Defendant within four years prior to the Petition Filing Date are hereby avoided and Plaintiff may take all necessary action to preserve the same, pursuant to 11 U.S.C. §§ 544, 550, 551, and 548(a) and (b) and RCW 19.40.041(1) and (2) and RCW 19.40.071;

DEFAULT JUDGMENT AGAINST DEFENDANT COLE MCDONALD ~ 2

3.  Transfers in the amount of CAD $6,500.00 made to Defendant more than four years prior to the Petition Filing Date should be avoided and Plaintiff should be authorized to take all necessary action to preserve the same, pursuant to 11 U.S.C. §§ 544, 550, and 551 and RCW 19.40.041(1) and RCW 19.40.071;

4.  All said transfers to Defendant Cole McDonald are hereby set aside and Plaintiff shall be entitled to recover the same, or the value thereof, from Defendant Cole McDonald for the benefit of the estate of LLS America, pursuant to 11 U.S.C. §§ 544, 550, and 551;

5.  A constructive trust is hereby established over the proceeds of all transfers in favor of the Trustee for the benefit of the estate of LLS America; and

6.  Plaintiff is hereby awarded costs (i.e. filing fee) in the amount of $250.00 USD, for a total judgment of CAD $89,136.67, plus $250.00 USD, which shall bear interest equal to the weekly average of one-year constant maturity (nominal) treasury yield as published by the Federal Reserve System.

**IT IS SO ORDERED**.

The District Court Clerk is directed to enter this Judgment and provide copies to counsel, Defendant, and Judge Patricia C. Williams.

**DATED** this 16th day of September 2013.

_s/ Rosanna Malouf Peterson_
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

DEFAULT JUDGMENT AGAINST DEFENDANT COLE MCDONALD ~ 3