UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>    Debtor,<br><hr>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>692323 CAPITAL, INC., et al.,<br><br>    Defendants. | NO: CV-11-360-RMP<br><br>Bankr. Case No. 09-06194-PCW11 (Consolidated Case)<br><br>Adv. Proc. No. 11-80297-PCW11<br><br>ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND RECOMMENDATION TO DISMISS DEFENDANT ELAINE NICHOLS |

**BEFORE THE COURT** is the Bankruptcy Court's Report and Recommendation to dismiss Defendants Doug and Barbara James, BKC ECF No. 592, DC ECF No. 116.  Having reviewed the Report and Recommendation and all relevant filings, and having found that good cause exists pursuant to the entry of an

ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND
RECOMMENDATION TO DISMISS DEFENDANT ELAINE NICHOLS ~ 1

Order of Dismissal in the Bankruptcy Court on September 17, 2013, and no objection being filed by any party, this Court hereby **ADOPTS** the Bankruptcy Court's Report and Recommendation, **ECF No. 116**. Defendant Elaine Nichols is hereby **dismissed with prejudice** with each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED**.

The District Court Clerk is hereby directed to enter this Order, **terminate Elaine Nichols** a defendant in this matter, and to provide copies to counsel, Defendant, and Judge Patricia C. Williams.

**DATED** this 16th day of September 2013.

      *s/ Rosanna Malouf Peterson*
      ROSANNA MALOUF PETERSON
      Chief United States District Court Judge