1
2
3
4
5                         UNITED STATES DISTRICT COURT
6                        EASTERN DISTRICT OF WASHINGTON

7  | In Re:                                    | NO:  CV-11-360-RMP
8  | LLS AMERICA, LLC,                         |
   |                                           | Bankr. Case No. 09-06194-PCW11
9  |                          Debtor,          | (Consolidated Case)
   |                                           |
10 | BRUCE P. KRIEGMAN, solely in his          | Adv. Proc. No. 11-80297-PCW11
11 | capacity as court-appointed Chapter 11    |
   | Trustee for LLS America, LLC,             | ORDER ADOPTING BANKRUPTCY
12 |                          Plaintiff,       | COURT'S REPORT AND
   |                                           | RECOMMENDATION TO DISMISS
13 | v.                                        | DEFENDANT KATHY ROBERTS
14 | 692323 CAPITAL, INC., et al.,             |
15 |                          Defendants.      |

16
17        **BEFORE THE COURT** is the Bankruptcy Court's Report and

18   Recommendation to dismiss Defendant Kathy Roberts, BKC ECF No. 637, DC

19   ECF No. 126.  Having reviewed the Report and Recommendation and all relevant

20   filings, and having found that good cause exists pursuant to the entry of an Order

ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND
RECOMMENDATION TO DISMISS DEFENDANT KATHY ROBERTS ~ 1

of Dismissal in the Bankruptcy Court on October 16, 2013, and no objection being

filed by any party, this Court hereby **ADOPTS** the Bankruptcy Court's Report and

Recommendation, **ECF No. 126**.  Defendant Kathy Roberts is hereby **dismissed**

**with prejudice** with each party to bear their own attorneys' fees and costs.

     **IT IS SO ORDERED**.

     The District Court Clerk is hereby directed to enter this Order, **terminate**

**Kathy Roberts** as a defendant in this matter, and to provide copies to counsel,

Defendant, and Judge Patricia C. Williams.

     **DATED** this 21st day of October 2013.


              _____*s/ Rosanna Malouf Peterson*_____
              ROSANNA MALOUF PETERSON
              Chief United States District Court Judge

ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND
RECOMMENDATION TO DISMISS DEFENDANT KATHY ROBERTS ~ 2