UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>　　　　　　　Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>692323 CAPITAL, INC., et al.,<br><br>　　　　　　　Defendants. | NO:  CV-11-360-RMP<br><br>Bankr. Case No. 09-06194-PCW11 (Consolidated Case)<br><br>Adv. Proc. No. 11-80297-PCW11<br><br>ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND RECOMMENDATION TO DISMISS DEFENDANTS LOIS AND RON TAYLOR |

**BEFORE THE COURT** is the Bankruptcy Court's Report and Recommendation to dismiss Defendants Lois and Ron Taylor, BKC ECF No. 638, DC ECF No. 127.  Having reviewed the Report and Recommendation and all relevant filings, and having found that good cause exists pursuant to the entry of an

ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND RECOMMENDATION TO DISMISS DEFENDANTS LOIS AND RON TAYLOR ~ 1

1  Order of Dismissal in the Bankruptcy Court on October 16, 2013, and no objection

2  being filed by any party, this Court hereby **ADOPTS** the Bankruptcy Court's

3  Report and Recommendation, **ECF No. 127**. Defendants Lois and Ron Taylor are

4  hereby **dismissed with prejudice** with each party to bear their own attorneys' fees

5  and costs.

6      **IT IS SO ORDERED**.

7      The District Court Clerk is hereby directed to enter this Order, **terminate**

8  **Lois Taylor and Ron Taylor** as defendants in this matter, and to provide copies to

9  counsel, Defendants, and Judge Patricia C. Williams.

10     **DATED** this 21st day of October 2013.

                              *s/ Rosanna Malouf Peterson*
                              ROSANNA MALOUF PETERSON
                            Chief United States District Court Judge