UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>　　　　　　　　　Debtor,<br>―――――――――――――――<br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>692323 CAPITAL, INC., et al.,<br><br>　　　　　　　　　Defendants. | NO:  CV-11-360-RMP<br><br>Bankr. Case No. 09-06194-PCW11 (Consolidated Case)<br><br>Adv. Proc. No. 11-80297-PCW11<br><br>ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND RECOMMENDATION TO DISMISS DEFENDANT DEBBIE KRYSCIAK |

**BEFORE THE COURT** is the Bankruptcy Court's Report and Recommendation to dismiss Defendant Debbie Krysciak, BKC ECF No. 489, DC ECF No. 128.  Having reviewed the Report and Recommendation and all relevant filings, and having found that good cause exists pursuant to the entry of an Order

ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND
RECOMMENDATION TO DISMISS DEFENDANT DEBBIE KRYSCIAK ~ 1

of Dismissal in the Bankruptcy Court on June 25, 2013, and no objection being filed by any party, this Court hereby **ADOPTS** the Bankruptcy Court's Report and Recommendation, **ECF No. 128**.  Defendant Debbie Krysciak is hereby **dismissed with prejudice** with each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED**.

The District Court Clerk is hereby directed to enter this Order, **terminate Debbie Krysciak** as a defendant in this matter, and to provide copies to counsel, Defendant, and Judge Patricia C. Williams.

**DATED** this 21st day of October 2013.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge