UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>                       Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>                       Plaintiff,<br><br>v.<br><br>BBI GROUP INVESTMENTS, et al.,<br><br>                       Defendants. | NO:  CV-11-360-RMP<br><br>Bankr. Case No. 09-06194-PCW11 (Consolidated Case)<br><br>Adv. Proc. No. 11-80182-PCW11<br><br>ORDER GRANTNG STIPULATED MOTION TO DISMISS WAYNE CABANA JR AND JILL CABANA |

**BEFORE** the Court is Plaintiff's Stipulated Motion for Dismissal of Wayne Cabana, Jr. and Jill Cabana as defendants in this matter, ECF No. 199.  Having reviewed said motion and the file and pleadings therein, the Court finds good cause to approve dismissal of the named defendants.  Accordingly, **IT IS HEREBY**

ORDER GRANTNG STIPULATED MOTION TO DISMISS WAYNE CABANA JR AND JILL CABANA ~ 1

1  **ORDERED** that Plaintiff's Stipulated Motion to Dismiss Wayne Cabana, Jr. and Jill Cabana with Prejudice, **ECF No. 199**, is **GRANTED**.  Defendants Wayne Cabana, Jr. and Jill Cabana are hereby dismissed with prejudice and without costs as to either party.

The District Court Clerk is directed to enter this Order, to **terminate Wayne Cabana, Jr.** and **Jill Cabana** as defendants in this case, and provide copies of this Order to counsel and any pro se defendants.

**DATED** this 13th day of March 2014.

      *s/ Rosanna Malouf Peterson*
      ROSANNA MALOUF PETERSON
      Chief United States District Court Judge