# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>                      Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>                      Plaintiff,<br><br>v.<br><br>0817726, BC LTD, et al.,<br><br>                      Defendants. | NO: CV-11-360-RMP<br><br>Bankr. Case No. 09-06194-PCW11 (Consolidated Case)<br><br>Adv. Proc. No. 11-80297-PCW11<br><br>ORDER DISMISSING DEFENDANT HARRISON BAY DAIRY FARM, LTD |

    This matter came before the Court pursuant to the Stipulation of Dismissal only as to Defendant Harrison Bay Dairy Farm, Ltd., filed by Plaintiff, ECF No. 213. Having reviewed the Stipulation and the files and pleadings therein, the Court finds good cause to grant the motion. Accordingly, **IT IS HEREBY ORDERED**

ORDER DISMISSING DEFENDANT HARRISON BAY DAIRY FARM, LTD ~ 1

that Defendant Harrison Bay Dairy Farm, Ltd. is dismissed as a party in this case, with prejudice, and without costs or fees to either party.

**IT IS SO ORDERED**.

The District Court Clerk is directed to enter this Order, to **terminate Harrison Dairy Farm, Ltd. as a defendant in this** case, and provide copies to counsel and to any pro se defendants.

**DATED** this 1st day of April 2014.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge