UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| In Re:<br><br>LLS AMERICA, LLC,<br><br>                     Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>                     Plaintiff,<br><br>v.<br><br>0817726, BC LTD, et al.,<br><br>                     Defendants. | NO: CV-11-360-RMP<br><br>Bankr. Case No. 09-06194-PCW11 (Consolidated Case)<br><br>Adv. Proc. No. 11-80296-PCW11<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE DEFENDANT ERIC VAN DYK |
|---|---|

     BEFORE THE COURT is the parties' Stipulated Motion to Dismiss Eric Van Dyk as a defendant in this matter, ECF No. 216.  Having reviewed the stipulated motion and file and pleadings therein, the Court finds good cause to grant the motion.

ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE DEFENDANT ERIC VAN DYK ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Dismiss, **ECF No. 216**, is **GRANTED**.

2. Eric Van Dyk is hereby dismissed as a defendant in this case, with prejudice, and with each party to bear their own attorneys' fees and costs.

The District Court Clerk is directed to enter this Order, **to terminate Eric Van Dyk** as a defendant in this case, and provide copies of this Order to counsel and to any pro se defendants.

**DATED** this 18th day of April 2014.

                                        *s/ Rosanna Malouf Peterson*
                                     ROSANNA MALOUF PETERSON
                              Chief United States District Court Judge