1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                    EASTERN DISTRICT OF WASHINGTON

7    In Re:

8    LLS AMERICA, LLC,                     NO:  CV-11-360-RMP

9                          Debtor,          Bankr. Case No. 09-06194-PCW11
                                            (Consolidated Case)

10   BRUCE P. KRIEGMAN, solely in his       Adv. Proc. No. 11-80297-PCW11
     capacity as court-appointed Chapter 11
11   Trustee for LLS America, LLC,          ORDER GRANTING STIPULATED
                                            MOTIONS TO DISMISS
12                         Plaintiff,

13   v.

14   0817726, BC LTD, et al.,

15                         Defendants.

16

17          **BEFORE THE COURT** are the parties' Stipulated Motions to Dismiss,

18   ECF Nos. 220, 221, and 222.  The parties stipulate that Plaintiff and Defendants

19   BBI Group Investments, Amar Bains, and the Estate of Dharam Samra, by and

20   through their respective attorneys of record, entered into settlement agreements,

ORDER GRANTING STIPULATED MOTIONS TO DISMISS ~ 1

and that pursuant to those agreements these Defendants shall be dismissed with prejudice.

Having reviewed the motions and relevant filings, the Court finds good cause to grant the motions.  Accordingly, **IT IS HEREBY ORDERED**:

1.  The parties' Stipulated Motions to Dismiss, **ECF Nos. 220**, **221**, and **222**, are **GRANTED**.

2.  Defendants BBI Group Investments, Amar Bains, and the Estate of Dharam Samra are hereby dismissed as defendants in this case, with prejudice, and with each party to bear their own attorneys' fees and costs.

The District Court Clerk is directed to enter this Order and provide copies to counsel, and **terminate Defendants BBI Group Investments, Amar Bains, and the Estate of Dharam Samra**.

**DATED** this 9th day of May 2014.


_____
_s/ Rosanna Malouf Peterson_
ROSANNA MALOUF PETERSON
Chief United States District Court Judge


ORDER GRANTING STIPULATED MOTIONS TO DISMISS ~ 2