UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>　　　　　　　　　　Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>0817726, BC LTD, et al.,<br><br>　　　　　　　　　　Defendants. | NO: CV-11-360-RMP<br><br>Bankr. Case No. 09-06194-PCW11 (Consolidated Case)<br><br>Adv. Proc. No. 11-80297-PCW11<br><br>JUDGMENT AND JUDGMENT SUMMARY AGAINST JAYDEN PAKOSH |

**JUDGMENT SUMMARY**

1.　Judgment Creditor:　　　　　Bruce P. Kriegman, Liquidating Trustee for LLS America, LLC, as consolidated

2.　Attorneys for Judgment Creditor　　Witherspoon Kelley

JUDGMENT AND JUDGMENT SUMMARY AGAINST JAYDEN PAKOSH ~ 1

| | | | |
|---|---|---|---|
| 3. | Judgment Debtors: | Jayden Pakosh | |
| 4. | Attorneys for Debtors: | Foster Pepper, PLLC | |
| 5. | Judgment Amount (Principal) | $167,416.36 | |
| 6. | Prejudgment Interest at .47% (7/21/09 – 6/9/14) (1,785 days) | $3,848.05 | |
| 7. | Total Judgment | $171,225.61 | |
| 8. | Plus taxable costs in the amount to be determined by the Court | | |
| 9. | Interest Rate on Judgment: | .09% (28 U.S.C. § 1961) | |

Plaintiff filed Notice of Presentment pursuant to Federal Rules of Civil Procedure 52(a)(1) and 58(a), (d). ECF No. 227. The Court previously entered its Findings of Fact and Conclusions of Law, ECF No. 226, which are fully incorporated here with the same force and effect as if set forth verbatim. The Court being fully advised, **IT IS HEREBY ORDERED** that:

1. Plaintiff, Bruce P. Kriegman, solely in his capacity as court-appointed Chapter 11 Trustee for Debtor LLS America, LLC, is hereby awarded Judgment against defendant Jayden Pakosh ("Defendant"), as follows:

| | | |
|---|---|---|
| a. | Judgment | $167,416.36 |
| b. | Plus prejudgment interest from July 21, 2009, to June 9, 2014, at the federal rate of .47% per annum | $ 3,848.05 |

   c. Plus taxable costs in the amount to be determined by the Court

   d. Plus post-judgment interest from the date of Judgment until fully paid at the federal rate of 0.09% per annum (28 U.S.C. § 1961); and

 2. All proofs of claim filed by Defendant in Debtor's Bankruptcy proceedings or any claims that may hereafter arise are disallowed pursuant to 11 U.S.C. § 502(d) unless and until the avoided transfers are returned to the Trustee-Plaintiff.

 The District Court Clerk is directed to enter this Order and provide copies to counsel, to pro se defendants, and to Judge Frederick P. Corbit.

 **DATED** this 10th day of June 2014.

          *s/ Rosanna Malouf Peterson*
          ROSANNA MALOUF PETERSON
          Chief United States District Court Clerk

JUDGMENT AND JUDGMENT SUMMARY AGAINST JAYDEN PAKOSH ~ 3